## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : No. 5:17-cr-00341 |
| LARRY HAYWOOD CULBREATH, JR., | : |
| Defendant. | : |

### O R D E R

**AND NOW,** this 14th day of December, 2022, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

The Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A), ECF No. 111, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge