**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

UNITED STATES OF AMERICA,     :
     :
    v.     :    No. 5:17-cr-0341
     :
LARRY HAYWOOD CULBREATH, JR.,  :
     Defendant.     :

---

# O R D E R

**AND NOW**, this 17th day of June, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.    The letter-motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) and for the appointment of counsel, ECF No. 117, is **DENIED**.

2.    This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge